Criminal law. Arson. Evidence. Sufficiency.

The cause was submitted for the appellant on the brief of *Francis R. Parks* of Rice Lake, and for the respondent on the brief of *Robert W. Warren,* attorney general, and *Robert D. Martinson,* assistant attorney general.
Order affirmed.

No. State 171. TYLER, Plaintiff in error, v. STATE, Defendant in error.

(Also reported in 217 N. W. 2d 97.)

ERROR to review a judgment of the circuit court for Milwaukee county entered January 4, 1973: CHRIST T. SERAPHIM, Circuit Judge.

Criminal law. Operating motor vehicle without owner's consent. Evidence. Sufficiency.

The cause was submitted for the plaintiff in error on the brief of *Howard B. Eisenberg,* state public defender, and *Ronald L. Brandt,* assistant state public defender, and for the defendant in error on the brief of *Robert W. Warren,* attorney general, and *Steven B. Wickland,* assistant attorney general.
Judgment affirmed.

No. State 177. FRENCH, Plaintiff in error, v. STATE, Defendant in error.

(Also reported in 217 N. W. 2d 98.)

ERROR to review a judgment of the circuit court for Milwaukee county entered November 3, 1972: MAX RASKIN, Circuit Judge.

Criminal law. Armed robbery (party to the crime). Evidence. Sufficiency.